**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| ORLANDO MCKIGHT | CIVIL ACTION NO. 20-1090-P |
| VERSUS | CHIEF JUDGE HICKS |
| JERRY GOODWIN, ET AL. | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and noting the lack of written objections filed by Plaintiff and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the order to show cause for a preliminary injunction (Record Document 12) is **DENIED.**

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 16th day of September, 2021.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT