UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ORLANDO MCKNIGHT | CIVIL ACTION NO. 5:20-1090 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JERRY GOODWIN, ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation (Record Document 62) of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed (Record Document 63), and the response thereto (Record Document 66) and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' Motion for Summary Judgment (Record Document 55) is **GRANTED**. Plaintiff Orlando McKnight's claim that he was not allowed to attend his cousin's funeral is **DISMISSED WITH PREJUDICE**. McKnight's remaining claims are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies prior to bringing this civil action.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 10th day of March, 2023.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE